THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BRUNSON, Appellant.— No opinion. Appeal from decision dismissed; no appeal lies from a decision. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.